**Stephen E. Farina**
Prothonotary

PROTHONOTARY



Front & Market Streets
Harrisburg, PA  17101

(717) 780-6520

County of Dauphin

July 7, 2016

Peter J Welsh
Clerk of USDC
Room 1060
228 Walnut St
Harrisburg Pa  17101



FILED
HARRISBURG, PA
JUL 08 2016

Re Marie Elaine Burns vs. Lexisnexis Risk Solutions Bureau, LLC etal
NO. 2016CV 3190 CV
Middle District NO:  1:16-CV-379

    Pursuant to the Petition for Removal of Civil Action Filed in this office on July 6, 2016 to the United States District Court for the Middle District of Pennsylvania.

    I am, accordingly, sending you all the original papers Herewith.
    I will appreciate the return of the attached receipt Addressed to the attention of Ms. Lisandra Garcia.

Very truly yours,

*Stephen E Farina*
Prothonotary

# IN THE COURT OF COMMON PLEAS
# OF DAUPHIN COUNTY, PENNSYLVANIA

| | |
|---|---|
| MARIE ELAINE BURNS,<br><br>    Plaintiff,<br><br>v.<br><br>LEXISNEXIS RISK SOLUTIONS BUREAU, LLC, and X, Y, Z Corporations,<br><br>    Defendants. | 1:16-CV-1379<br><br>Case No. 2016-CV-3190CV |

## NOTICE BY DEFENDANT LEXISNEXIS RISK SOLUTIONS BUREAU, LLC OF FILING FOR REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TO THE CLERK OF THE COURT OF COMMONS PLEAS, DAUPHIN COUNTY, PENNSYLVANIA:

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, defendant LexisNexis Risk Solutions Bureau, LLC ("LexisNexis") timely filed a Notice of Removal from the Court of Common Pleas of Dauphin County, Pennsylvania to the United States District Court for the Middle District of Pennsylvania. A copy of the Notice of Removal is attached hereto as Exhibit A and incorporated by reference as is fully set fort herein.

PLEASE TAKE FURTHER NOTICE, that pursuant to 28 U.S.C. § 1446, the filing of a Notice of Removal in the United States District Court, together with the filing of a copy of the Notice with this Court, effects the removal of the action and this Court may proceed no further unless and until this case is remanded.

# Supreme Court of Pennsylvania
## Court of Common Pleas
### Civil Cover Sheet

Dauphin _____ County

For Prothonotary Use Only:

Docket No: 2016 CV 3190 CV

*The information collected on this form is used solely for court administration purposes. This form does not supplement or replace the filing and service of pleadings or other papers as required by law or rules of court.*

## SECTION A

**Commencement of Action:**
- [x] Complaint
- [x] Writ of Summons
- [ ] Petition
- [ ] Transfer from Another Jurisdiction
- [ ] Declaration of Taking

| Lead Plaintiff's Name: Marie Burns | Lead Defendant's Name: LexisNexis Risk Solutions, Bureau, LLC |
|---|---|
| Are money damages requested? [x] Yes [ ] No | Dollar Amount Requested: (check one) [x] within arbitration limits [x] outside arbitration limits |
| Is this a *Class Action Suit?* [x] Yes [x] No | Is this an *MDJ Appeal?* [ ] Yes [x] No |

Name of Plaintiff/Appellant's Attorney: __Vicki Piontek, Esq__
- [ ] Check here if you have no attorney (are a Self-Represented [Pro Se] Litigant)

## SECTION B

**Nature of the Case:** Place an "X" to the left of the **ONE** case category that most accurately describes your **PRIMARY CASE**. If you are making more than one type of claim, check the one that you consider most important.

**TORT** *(do not include Mass Tort)*
- [ ] Intentional
- [ ] Malicious Prosecution
- [ ] Motor Vehicle
- [ ] Nuisance
- [ ] Premises Liability
- [ ] Product Liability *(does not include mass tort)*
- [ ] Slander/Libel/ Defamation
- [x] Other: 15 USC 1681 et. seq.

**MASS TORT**
- [ ] Asbestos
- [ ] Tobacco
- [ ] Toxic Tort - DES
- [ ] Toxic Tort - Implant
- [ ] Toxic Waste
- [ ] Other: _____

**PROFESSIONAL LIABLITY**
- [ ] Dental
- [ ] Legal
- [ ] Medical
- [ ] Other Professional: _____

**CONTRACT** *(do not include Judgments)*
- [ ] Buyer Plaintiff
- [ ] Debt Collection: Credit Card
- [ ] Debt Collection: Other _____
- [ ] Employment Dispute: Discrimination
- [ ] Employment Dispute: Other _____
- [ ] Other: _____

**REAL PROPERTY**
- [ ] Ejectment
- [ ] Eminent Domain/Condemnation
- [ ] Ground Rent
- [ ] Landlord/Tenant Dispute
- [ ] Mortgage Foreclosure: Residential
- [ ] Mortgage Foreclosure: Commercial
- [ ] Partition
- [ ] Quiet Title
- [ ] Other: _____

**CIVIL APPEALS**
Administrative Agencies
- [ ] Board of Assessment
- [ ] Board of Elections
- [ ] Dept. of Transportation
- [ ] Statutory Appeal: Other _____
- [ ] Zoning Board
- [ ] Other: _____

**MISCELLANEOUS**
- [ ] Common Law/Statutory Arbitration
- [ ] Declaratory Judgment
- [ ] Mandamus
- [ ] Non-Domestic Relations Restraining Order
- [ ] Quo Warranto
- [ ] Replevin
- [ ] Other: _____

*Updated 1/1/2011*

IN THE COURT OF COMMON PLEASE OF
DAUPHIN COUNTY, PENNSYLVANIA

Marie Elaine Burns :
221 Sycamore Trail :
Delta, PA  17314 :     2016 CV 3190 CV
              Plaintiff : Jury Trial Demanded
v. :
LexisNexis Risk Solutions Bureau, LLC :
1000 Alderman Drive, :
Alpharetta, Georgia 30005 :
and :
X,Y, Z Corporations, :
             Defendants :

**PRECIPE TO ISSUE WRIT OF SUMMONS**

To:  The Prothonotary:

Kindly issue a writ of summons against the Defendant(s), listed in the above captioned matter.  Thank you.


_Vicki Piontek_        4-25-16
Vicki Piontek, Esquire        Date
Attorney for Plaintiff
951 Allentown Road
Lansdale, PA  19446
877-737-8617
palaw@justice.com
Fax: 866-408-6735

2016 APR 28  AM 8:30
DAUPHIN COUNTY
PENNA

IN THE COURT OF COMMON PLEAS
OF PIKE COUNTY, PENNSYLVANIA
Civil Action - Law

| | |
|---|---|
| Marie Elaine Burns<br>221 Sycamore Trail<br>Delta, PA 17314<br>　　　　　　　　Plaintiff<br>v.<br>LexisNexis Risk Solutions Bureau, LLC<br>1000 Alderman Drive,<br>Alpharetta, Georgia 30005<br>and<br>X,Y, Z Corporations,<br>　　　　　　　　Defendants | 2016 CV 3190 CV<br><br>Jury Trial Demanded |

## WRIT OF SUMMONS

TO:   LexisNexis Risk Solutions Bureau, LLC
　　　1000 Alderman Drive,
　　　Alpharetta, Georgia 30005
　　　and
　　　X,Y, Z Corporations

You are notified that Marie Elaine Burns has commenced an action against you.

SEAL OF
THE
COURT

_____     _____
Prothonotary                                              Date

By _____

2016 APR 28 AM 8:30
DAUPHIN COUNTY
PENNA



IN THE COURT OF COMMON PLEAS
OF DAUPHIN COUNTY, PENNSYLVANIA

| | | |
|---|---|---|
| Marie Elaine Burns<br>221 Sycamore Trail<br>Delta, PA 17314 | : <br>: <br>: | Civil Action - Law <br><br> 2016 CV 3190 CV |
| Plaintiff | : | Jury Trial Demanded |
| v. | : | |
| LexisNexis Risk Solutions Bureau, LLC<br>1000 Alderman Drive,<br>Alpharetta, Georgia 30005<br>and<br>X,Y, Z Corporations, | : <br>: <br>: <br>: <br>: | |
| Defendants | : | |

2016 APR 28 AM 8:36
DAUPHIN COUNTY
PENNA

**PRAECIPE TO PROCEED IN FORMA PAUPERIS PURSUANT TO
PENNSYLVANIA RULE OF CIVIL PROCEDURE 240**

To the Prothonotary:

I, Vicki Piontek, attorney for the party proceeding in forma pauperis, certify that I believe the Plaintiff is unable to pay the costs and that I am providing legal service to the Plaintiffs at no up front charge to the Plaintiff. Pursuant to the fee shifting provisions of 15 USC 1681 et. seq., 15 USC 1692 et. seq., the Defendant(s) is responsible for the attorney fees.

_Vicki Piontek_  4-25-16
Vicki Piontek, Esquire    Date
Attorney for Plaintiff
951 Allentown Road
Lansdale, PA 19446
877-737-8617
palaw@justice.com
Fax: 866-408-6735

**ORDER**

AND NOW, this _____ day of _____, 20____, upon consideration of Plaintiff's

PRAECIPE TO PROCEED IN FORMA PAUPERIS PURSUANT TO PA RULE OF CIVIL

PROCEDURE 240, the same shall be GRANTED. The filing fee shall be deferred and the fee for the

Sheriff service of process shall be deferred.

_____
Prothonotary