# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA
### Harrisburg Division

| | |
|---|---|
| MARIE ELAINE BURNS, <br><br> Plaintiff, <br><br> v. <br><br> LEXISNEXIS RISK SOLUTIONS BUREAU LLC, *et al.*, <br><br> Defendants. | Case No. 1:16-cv-01379-JEJ <br><br> JUDGE JOHN E. JONES, III |

## **NOTICE OF VOLUNTARY DISMISSAL**

The undersigned counsel for Plaintiff Marie Elaine Burns ("Plaintiff") hereby voluntarily dismisses the above-captioned matter, without prejudice as to Plaintiff's claim against LexisNexis Risk Solutions Bureau LLC.

                                                    PIONTEK LAW OFFICE

Dated: Sept. 27, 2016      By:   /s  Vicki A. Piontek
                                               Vicki A. Piontek
                                               951 Allentown Road
                                               Landsdale, PA 19446
                                               Telephone: (877) 737-8617
                                               Facsimile: (866) 408-6735
                                               Email: palaw@justice.com

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the above and foregoing pleading was served on September  27 , 2016 via the Court's CM/ECF system on all attorneys of record:

/s Vicki Piontek
_____
Vicki A. Piontek